UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF TOPEKA, KANSAS,<br><br>Serve at: City Clerk, Brenda Younger<br>          215 SE 7th St. Rm. 166<br>          Topeka, KS 66603<br><br>OFFICER MALCOLM GILLUM,<br><br>Serve at: 215 Kansas Ave<br>          Alma, KS 66401<br><br>OFFICER JUSTIN GOOD,<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100, Topeka, KS 66603<br><br>OFFICER BRADLEY NETHERTON,<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100, Topeka, KS 66603<br><br>SERGEANT SCOTT MCENTIRE,<br><br>Serve at: 320 S. Kansas Avenue<br>         Suite 100 Topeka, KS 66603<br><br>DETECTIVE ALEX WALL<br><br>Serve at: 320 S. Kansas Avenue<br>         Suite 100 Topeka, KS 66603<br><br>    Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

1

## **DESIGNATION OF PLACE OF TRIAL**

Plaintiffs Da'Mabrius Duncan, as Next Friend and Special Administrator of the Estate of Taylor Lowery, by and through undersigned counsel and pursuant to D. Kan. Rule 40.2, designate Kansas City, KS as the place of trial in this case.

          Respectfully submitted,

          */s/ LaRonna Lassiter Saunders*
          LaRonna Lassiter Saunders    KS #21371
          Lassiter Law and Justice, LLC
          7111 W. 151st Street, Suite #142
          Overland Park, KS 66223
          Telephone: (913) 386-7893
          Email: attorney@lassiterlawandjustice.com

          */s/ Alexander Hartley*
          Alexander Hartley            KS #290806
          The Hartley Law Firm
          908 Baltimore Avenue, Suite 304
          Kansas City, MO 64105
          Telephone: (816) 451-0909
          Email: alec@thehartleylawfirm.com

          */s/ Claire Wyatt*
          Claire Wyatt            KS # *pro hac vice*
          Wyatt Law, LLC
          908 Baltimore Avenue, Suite 301
          Kansas City, MO 64105
          Telephone: (816) 651-5858
          Email: claire@wyattlawkc.com
          ***ATTORNEYS FOR PLAINTIFFS***