**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN,<br><br>          Plaintiffs,<br><br>v.<br><br>CITY OF TOPEKA, KANSAS,<br><br>Serve at: City Clerk, Brenda Younger<br>          215 SE 7th St. Rm. 166<br>          Topeka, KS 66603<br><br>**OFFICER MALCOLM GILLUM,**<br><br>Serve at: 215 Kansas Ave<br>          Alma, KS 66401<br><br>**OFFICER JUSTIN GOOD,**<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100, Topeka, KS 66603<br><br>**OFFICER BRADLEY NETHERTON,**<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100, Topeka, KS 66603<br><br>**SERGEANT SCOTT MCENTIRE,**<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100 Topeka, KS 66603<br><br>**DETECTIVE ALEX WALL**<br><br>Serve at: 320 S. Kansas Avenue<br>          Suite 100 Topeka, KS 66603<br><br>          Defendants. | Case No.<br><br>**JURY TRIAL DEMANDED** |

## **APPLICATION FOR APPOINTMENT OF DA'MABRIUS DUNCAN AS NEXT FRIEND FOR L.L., A MINOR**

Plaintiff L.L., a minor, by and through counsel and pursuant to K.S.A. §60-217, and for her application for appointment of Da'Mabrius Duncan as Next Friend in the above referenced matter states as follows:

1. L.L., a minor, was born in 2008 and is the daughter of Da'Mabrius Duncan and Taylor Lowery.

2. Da'Mabrius Duncan is the natural mother and legal guardian of L.L.

3. L.L. has claims for wrongful death against the City of Topeka and individual officers of the Topeka Police Department which has been filed in the District Court of Kansas.

4. Da'Mabrius Duncan consents to serving as Next Friend for L.L. for purposes of pursuing claims against Defendants City of Topeka, Officer Justin Good, Officer Bradley Netherton, Officer Malcolm Gillum, Sergeant Scott McEntire, and Detective Alex Wall, her consent being filed herewith.

5. Da'Mabrius is over the age of 18, is the natural mother and legal guardian of L.L., a minor, is in good mental and physical health and is fully capable of acting as next friend of the minor.

6. A copy of a proposed Order as well as the Consent to Appointment as Next Friend is attached.

WHEREFORE, L.L. requests that the Court enter its Order appointing Da'Mabrius Duncan as Next Friend of L.L. a minor, for purposes of the above-captioned lawsuit and such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/ LaRonna Lassiter Saunders*
LaRonna Lassiter Saunders     KS #21371
Lassiter Law and Justice, LLC
7111 W. 151st Street, Suite #142
Overland Park, KS 66223
Telephone: (913) 386-7893
Email: attorney@lassiterlawandjustice.com


*/s/ Alexander Hartley*
Alexander Hartley              KS #290806
The Hartley Law Firm
908 Baltimore Avenue, Suite 304
Kansas City, MO 64105
Telephone: (816) 451-0909
Email: alec@thehartleylawfirm.com


*/s/ Claire Wyatt*
Claire Wyatt                   KS # *pro hac vice*
Wyatt Law, LLC
908 Baltimore Avenue, Suite 301
Kansas City, MO 64105
Telephone: (816) 651-5858
Email: claire@wyattlawkc.com
**ATTORNEYS FOR PLAINTIFFS**