# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE ESTATE OF TAYLOR LOWERY BY AND THROUGH SPECIAL ADMINISTRATOR DA'MABRIUS DUNCAN AND L.L. THROUGH NEXT OF FRIEND DA'MABRIUS DUNCAN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TOPEKA, KANSAS, <br><br> Serve at: City Clerk, Brenda Younger <br> 215 SE 7th St. Rm. 166 <br> Topeka, KS 66603 <br><br> OFFICER MALCOLM GILLUM, <br><br> Serve at: 215 Kansas Ave <br> Alma, KS 66401 <br><br> OFFICER JUSTIN GOOD, <br><br> Serve at: 320 S. Kansas Avenue <br> Suite 100, Topeka, KS 66603 <br><br> OFFICER BRADLEY NETHERTON, <br><br> Serve at: 320 S. Kansas Avenue <br> Suite 100, Topeka, KS 66603 <br><br> SERGEANT SCOTT MCENTIRE, <br><br> Serve at: 320 S. Kansas Avenue <br> Suite 100 Topeka, KS 66603 <br><br> DETECTIVE ALEX WALL <br><br> Serve at: 320 S. Kansas Avenue <br> Suite 100 Topeka, KS 66603 <br><br> Defendants. | Case No. <br><br> **JURY TRIAL DEMANDED** |

## **CONSENT TO APPOINTMENT AS NEXT FRIEND**

COMES NOW, Da'Mabrius Duncan, and hereby consents to the appointment to serve as Next Friend for minor L.L. for the purpose stated in the Application for Appointment of Next Friend filed in this Court.

                                                              Da'Mabrius Duncan