# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LOWERY, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.** |
| | ) | **2:25-CV-02700-DDC-ADM** |
| **v.** | ) | |
| | ) | |
| **CITY OF TOPEKA, KANSAS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I declare the following:

1. My full name is: Keisha Latoya James

2. I practice under the following firm name or letterhead: National Police Accountability Project

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| New York | 6/29/2019 | 5709449 |
| District of Columbia | 10/22/2020 | 1658974 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

I, Keisha James, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the above facts are true, to the best of my knowledge, information, and belief.

Dated: June 8, 2026

Keisha James