# cjonline | THE TOPEKA CAPITAL-JOURNAL

**LOCAL**

# Topeka police accused of training officers to 'have a plan to kill'

 **Stacey Saldanha-Olson**
Topeka Capital-Journal

May 15, 2026, 5:09 p.m. CT

**Key Points**

The National Police Accountability Project has joined the legal team for the family of Taylor Lowery.

Lowery was shot and killed by five Topeka police officers in October 2022.

The family's legal team alleges Topeka police are trained to "have a plan to kill" instead of de-escalating situations.

A national organization has accused the Topeka Police Department of teaching officers to "have a plan to kill."

The National Police Accountability Project on May 15 announced it will be joining the legal team of Taylor L. Lowery, who was fatally shot by Topeka police officers in 2022.

Lowery's estate legal team filed a lawsuit against the city of Topeka and others in December 2025.

"If Topeka police received true de-escalation training, Mr. Lowery would be with his family today," said Lauren Bonds, executive director of the National Police Accountability Project, in a written statement. "There are universally accepted best practices that every police officer should know, to calm a situation. Police also have non-lethal weapons, like tasers, if those strategies don't work.

**EXHIBIT B**

"Instead, five officers reached for their guns, firing thirty-four bullets and killing a father, brother, and son who needed help, not harm.

"Now we know why: Topeka police aren't trained to de-escalate, they are trained to kill. And that is terrifying."

Kimberley Qualls, senior public relations specialist for the city, declined to comment, adding, "The City of Topeka cannot comment on ongoing litigation."

## Who is Taylor Lowery and why is his family suing Topeka police?

On Oct. 13, 2022, five police officers shot and killed Lowery. The city said they fired because he approached them carrying a knife.

Shawnee County District Attorney Mike Kagay determined the officers acted justifiably in firing 34 shots. Kagay said Lowery carried a knife when police initially shot him, then dropped it and picked up a wrench before additional shots were fired.

The city declined to release the body cam footage, but it was released to reporters by Lassiter Saunders.

The family initially brought a lawsuit against the city of Topeka; police officers Malcolm Gillum, Justin Good and Bradley Netherton; Sgts. Scott McEntire and Shawn P. Doiron; and detective Alex Wall. In April 2025, the Topeka City Council approved a contract with the Watkins Calara law firm to defend the officers, estimating the cost would be more than $50,000.

In June 2025, Lowery's family announced it was dropping the lawsuit because family members were restricted from speaking out about the shooting. The family said the lawsuit could be refiled if the city didn't make significant changes.

The family's legal team refiled the lawsuit in December 2025.

**EXHIBIT B**

"This case is about accountability and the value of human life," said Sarah Foster, an attorney with Wichita's Hartenstein Poor & Foster, which is co-counsel for the Lowery family. "It's also about the safety of the rest of the community, when officers are told to have a 'plan to kill.' "The complaint lays out, in chilling detail, how Topeka police ignored opportunities to de-escalate the situation; used excessive and deadly force; and denied Mr. Lowery basic medical care at a moment when it could have made a difference.

"Mr. Lowery didn't need to die. That's plain and clear. Now, the only action we have left is to seek justice for his family, in his name, and prevent this tragedy from happening to another Kansan."

## What is the National Police Accountability Project

The estate's legal team, which recently filed an amended complaint, provided copies of TPD's "de-escalation training," which tells police to treat all parties with respect but also "have a plan to kill them."

LaRonna Lassiter Saunders, lead counsel for the case and adviser to the Lowery family, said there isn't much she can discuss about ongoing litigation.

"If you make plans to do something, that's more than likely what is going to transpire," Lassiter Saunders said. "I can't comment too much on it — it is discovery that we received. So, I just look forward to having the opportunity to put that before the jury, so the public can see that and the other appalling things we found during discovery."

Lassiter also offered gratitude to the accountability program, along with two other lawyers participating as part of the legal team: Alec Hartley, of the Hartley Law Firm in Kansas City, Missouri, and Claire Wyatt, of Wyatt Law LLC, in Kansas City, Missouri.

"I'm just super grateful for the team," Lassiter Saunders said, "and it's encouraging that they're ready to roll up their sleeves and make sure this family gets justice."

**EXHIBIT B**

National Police Accountability joins Topeka suit citing 'plan to kill'

**EXHIBIT B**